

August 17, 2023

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

**Re:**   No. 22-40367, *State of Texas et al. v. USA et al.*

Dear Mr. Cayce:

I write to advise the Court of my withdrawal as counsel for Appellees in the above-referenced case, effective August 18, 2023, as I am leaving my employment with the Office of the Attorney General of Texas. Lanora C. Pettit will enter a notice of appearance as lead counsel.

Thank you for your assistance in this matter.

                                                            Respectfully submitted.

                                                            /s/Benjamin D. Wilson
                                                            BENJAMIN D. WILSON
                                                            Deputy Solicitor General

cc: All counsel of record (via CM/ECF)