IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, *et al.*,

        Plaintiffs-Appellees,

v.

UNITED STATES OF AMERICA, *et al.*,

        Defendants-Appellants.

No. 22-40367

**UNOPPOSED MOTION FOR VACATUR OF BRIEFING SCHEDULE**

The federal government respectfully moves for vacatur of the briefing schedule entered on July 31, 2023. Counsel for appellees do not oppose this motion. In support of this motion, counsel states as follows:

The Supreme Court granted certiorari before judgment in this case, thus reviewing the district court's judgment directly. The Supreme Court held that plaintiffs lack standing to pursue their claims. On July 31, 2023, the Supreme Court issued its amended judgment in this case. Amended Judgment, *United States v. Texas*, No. 22-58 (U.S. July 31, 2023). The amended judgment "order[s] and adjudge[s] . . . that the judgment of the United States District Court for the Southern District of Texas is reversed with costs." *Id.* at 1. That judgment resolves this appeal, eliminating any need for action by this Court.

This Court issued a briefing schedule directing appellants to file an opening brief by September 11, 2023. Because the Supreme Court has reversed the judgment on appeal, the parties agree that this Court need not take any further action in this appeal, other than to formally close the case. Accordingly, the government respectfully requests that the Court vacate the briefing schedule.

                                            Respectfully submitted,

                                            DANIEL TENNY

                                            */s/ Michael Shih*
                                            MICHAEL SHIH
                                            SEAN JANDA
                                              *Attorneys, Appellate Staff*
                                              *Civil Division, Room 7268*
                                              *U.S. Department of Justice*
                                              *950 Pennsylvania Avenue NW*
                                              *Washington, D.C. 20530*
                                              *(202) 353-6880*

AUGUST 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 197 words, according to the count of Microsoft Word.

/s/ Michael Shih
MICHAEL SHIH