# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40367   State of Texas v. USA
                  USDC No. 6:21-CV-16

The court has granted the motion of Attorney Mr. Benjamin D. Wilson to withdraw as counsel of record in this case.

This court will not serve Mr. Wilson with any future filings regarding this appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Matt A. Crapo
Mr. Drew C. Ensign
Mr. Daniel David Hu
Mr. Eric Alan Hudson
Mr. Sean Janda
Ms. Elizabeth Baker Murrill
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Erez Reuveni
Mr. Michael Shih
Mr. Judd Edward Stone, II
Mr. Daniel Bentele Hahs Tenny
Mr. Ryan Daniel Walters
Mr. Benjamin D. Wilson